Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

SEP 12 2024 PM 1:57
FILED - USDC - FLMD - JAX

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Christopher Logan Silva

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

"See Attached"

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  3:24-cv-949-MMH-PPB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Logan Silva |
| Street Address | 52 Club House Drive #108 |
| City and County | Palm Coast, Flagler |
| State and Zip Code | Florida, 32137 |
| Telephone Number | 828-747-7419 |
| E-mail Address | ChrisLSilva@outlook.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                               "See Attached"

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                               "See Attached"

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                               "See Attached"

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                               "See Attached"

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"See Attached"

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Operating budget for said programs. Any Investment in people and technology. Generic Wealth. Fund for Victims. May be in the + Billions / Trillions of Dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

"See Attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

"See Attached"

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/9/24

Signature of Plaintiff

Printed Name of Plaintiff    Christopher Logum Silva

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

United States District Court

Christopher Logan Silva, Plaintiff

-v-

"See Attached", Defendant(s)

Complaint For A Civil Case

I.B. The Defendant(s)

Defendant No. 1

Dr. Brian McNamee

Chair and Independent Non-executive Director, CSL

Global Headquarters

655 Elizabeth Street

Melbourne

VIC 3000 Australia

+61 3 9389 1911

Defendant No. 2

Honorable Dr. Peter Farrell

Chairman, Arcturus Therapeutics

Headquarters

Arcturus Therapeutics, Inc.

10628 Science Center Drive, Suite 250

San Diego, CA 92121

(858) 900-2660

info@ArcturusRx.com


Defendant No. 3

Joseph E. Payne

President and Chief Executive Officer, Arcturus Therapeutics

Headquarters

Arcturus Therapeutics, Inc.

10628 Science Center Drive, Suite 250

San Diego, CA 92121

(858) 900-2660

info@ArcturusRx.com


Defendant No. 4

Dr. Moncef Slaoui

Board of Directors, Arcturus Therapeutics

Headquarters

Arcturus Therapeutics, Inc.

10628 Science Center Drive, Suite 250

San Diego, CA 92121

(858) 900-2660

info@ArcturusRx.com


Defendant No. 5

Kazuo Kawamura

Chief Executive Officer, President and Representative Director, Chairperson of the Board of Directors, Meiji Holdings Co., Ltd

2-4-16, Kyobashi, Chuo-ku, Tokyo 104-0031, Japan


Defendant No. 6

Hajime Watanabe

Independent Outside Audit & Supervisory Board Member, Meiji Holdings Co., Ltd

2-4-16, Kyobashi, Chuo-ku, Tokyo 104-0031, Japan


Defendant No. 7

Yuhei Matsumoto

Chief Human Resource Officer, Executive Officer, Meiji Holdings Co., Ltd

2-4-16, Kyobashi, Chuo-ku, Tokyo 104-0031, Japan


Defendant No. 8

Takemi Keizo

Member of the House of Councillors, Minister of Health, Labour and Welfare

Central Government Building No. 5,

1-2-2 Kasumigaseki, Chiyoda-ku, Tokyo 100-8916 , Japan Tel: 03-5253-1111


Defendant No. 9

Xavier Becerra

Secretary, Department of Health and Human Services

200 Independence Avenue, S.W.

Washington, D.C. 20201

1-877-696-6775

Defendant No. 10

Dr. Monica M. Bertagnolli

Director, National Institutes of Health

National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland 20892


Defendant No. 11

Dr. Mandy K. Cohen

Director, Centers for Disease Control and Prevention

1600 Clifton Road Atlanta, GA 30329-4027 USA

800-232-4636


Defendant No. 12

Dr. Karen Hacker

Director, CDC National Center for Chronic Disease Prevention and Health Promotion

1600 Clifton Road Atlanta, GA 30329-4027 USA

800-232-4636


Defendant No. 13

Dr. Robert M. Califf

Commissioner, Food and Drugs, U.S. Food and Drug Administration

Food and Drug Administration

10903 New Hampshire Ave

Silver Spring, MD 20993-0002

1-888-463-6332

Defendant No. 14

Dr. Peter Marks

Director, Center for Biologics Evaluation and Research, U.S. Food and Drug Administration

Food and Drug Administration

10903 New Hampshire Ave

Silver Spring, MD 20993-0002

1-888-463-6332


Defendant No. 15

Dr. Gary L. Disbrow

Deputy Assistant Secretary, Director, Biomedical Advanced Research and Development Authority

HHS Administration for Strategic Preparedness and Response

200 Independence Avenue

Washington, D.C. 20201

1-877-696-6775


II. Basis for Jurisdiction

II.A.

50 U.S. Code § 1520a – Restrictions on use of human subjects for testing of chemical or biological agents

18 U.S. Code § 175 – Prohibitions with respect to biological weapons

Amendment IV

Amendment VIII

Amendment IX

Amendment X

United States of America v. Karl Brandt, et al.

Biological Weapons Anti-Terrorism Act of 1989

Americans with Disabilities Act of 1990

The National Childhood Vaccine Injury Act (NCVIA) of 1986

Declaration of Independence, U.S.

Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and Their Disposal, Secretariat of the Basel Convention

Geneva Conventions


III. Statement of Claim

Please see the attached document titled "ARCT_Corporate_Deck_September_2024_V4-FINAL.pdf". This document shows proof and plan of an incoming self-amplifying mRNA biologic/vaccine that has the potential to harm billions of people worldwide.


IV. Relief

Immediate Emergency Injunction. Given the history of mRNA biologics/vaccines, these sa-mRNA biologics/vaccines must not be developed and released.